To:
Master / Owners / Charterers of MV "LIMA STRAIT" and
WG MARINE SAGL
Via Stefano Franscini 9
6850 Mendrisio
SWITZERLAND

Attn.: Andrew

IBT Bunkering & Trading
Bei dem Neuen Krahn 2
D-20457 Hamburg

Phone: +49 40 -30 39 59 2-0
Fax: +49 40 -30 39 59 2-69
bunker@ibtbunker.com
www.ibtbunker.com

IBT BUNKERING TRADING

## ORDER CONFIRMATION

08.10.2025

We refer to our recent communication and are pleased to confirm your order as follows:

Seller : **IBT Bunkering & Trading Mineraloelvertrieb GmbH & Co. KG**
Vessel : LIMA STRAIT
IMO : 9626364
Port : Los Angeles - delivery in close coordination with agents / masters / owners
Date/ETA : 14-10-2025
Phys. Supplier: : Glencore USA
Agent : Moran Shipping Agencies (to be nominated)

| | Quantity: | Grade: | Price: | | Delivery: |
|---|---|---|---|---|---|
| Product 1. | 700 MT | VLSFO 0,5% Sul ISO8217:2010 RMG380 | 583,00 | USD / MT fob | Barge |
| Product 2. | 60 MT | MGO 0.1% Sul ISO8217:2010 DMA | 798,00 | USD / MT fob | Barge |

Remarks : barging/anchorage fee included
All taxes, if applicable, for buyers account (shall be tax free as long as not burned in Californian waters)
Calling costs will be added on final invoice (price pmt will be adjusted)

Payment Terms : 60 days from date of delivery

Important notice : Contract is governed by IBT´s General Terms an Conditions (GTC) available upon request or at our webpage www.ibtbunker.com.
In case seller is not also supplier, applicable GTC´s of supplier become integral part of this contract to the extent of non conflicting. In case of conflicting terms, Seller´s terms shall prevail. If desired, suppliers GTCs can be requested via seller.
All deliveries will be executed in compliance with regulation 14 (1) and regulation 18 (1) of the Annex VI to Marpol Agreement 73/78 except stated otherwise.
Exept stated deviant, all fuels are delivered for use as shipsfuel for seaships only (untaxed general permission-maritime navigation).
Any errors or ommissions in confirmation must be reported immediately.

Payment : Invoices are due immediately to be paid without any deductions within the stipulated time (see above payment terms). Whenever the agreed date for payment is a Saturday, Sunday or bankholiday payment has to be effected the last working day prior to the agreed date of payment. Late payments will be charged 2 % interest monthly (pro rata tempore) ex maturity until full and final settlement.

Bank details : Bank: Deutsche Bank AG Adolphsplatz 7, 20457 Hamburg, Germany

| | | | |
|---|---|---|---|
| S.W.I.F.T.: | DEUTDEHHXXX | BLZ: | 20070000 |
| IBAN/BIC - (USD): | DE13 2007 0000 0507 5643 01 | Account: | 507564301 |

We thank you for this business and remain with kind regards.

Marvin Elmers
Head of Trading

IBT BUNKERING TRADING

IBT Bunkering & Trading Mineraloelvertrieb GmbH & Co. KG
Sitz/Register: Hamburg AG Hamburg - HRA 74407
VAT-Nr: DE118760958
phG: Verwaltungsgesellschaft IBT Bunkering & Trading Mineralolvertrieb mbH Managing Director: Torsten Toedter

EXHIBIT
1